# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR220 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHAWN A. MALESKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Shawn A. Malesker (Malesker) to review order of detention (Filing No. 33).  After reviewing the Pretrial Services report, Malesker's criminal and substance abuse history, and his violation of previous release matters, the motion for review (Filing No. 33) is denied.  Malesker resided with his proposed third party custodian during much of the time the alleged violations occurred.

**IT IS SO ORDERED.**

DATED this 21st day of June, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge