# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR220 |
| vs. | ) | ORDER |
| SHAWN A. MALESKER | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Shawn A. Malesker (Malesker) for release from detention (Filing No. 79). Malesker has been found guilty of a conspiracy to distribute marijuana and a conspiracy to commit money laundering in connection with the marijuana conspiracy (Filing No. 77). In light of Malesker's prior criminal history, his substance abuse history, and his violations of previous conditional releases, Malesker's proposed release conditions pending his sentence on January 24, 2014, is without merit. **See** Filing No. 95 - Sealed. The motion for release (Filing No. 79) is denied.

**IT IS SO ORDERED.**

DATED this 13th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge